HEATHER E. WILLIAMS, #122664
Federal Defender
ALEXANDRA P. NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
CHRISTIAN ESPINOZA PATINO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-074-MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | |
| CHRISTIAN ESPINOZA PATINO, | Date: July 13, 2017 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Katherine T. Lydon, Assistant United States Attorney, attorneys for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Lexi P. Negin, attorneys for Christian Espinoza Patino that the status conference scheduled for July 13, 2017 be vacated and continued to September 7, 2017 at 10:00 a.m.

Defense counsel for Mr. Espinoza Patino requires additional time to review the discovery, to conduct additional investigation and legal research, and to confer with his client about plea negotiations and how to proceed in this case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as June 27, 2017, the date of the parties' stipulation, through and including September 7, 2017; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time for defense counsel to prepare] and General Order 479, Local Code T4 based upon defense counsel's preparation.

Stipulation to Continue -1-

| | | |
|---|---|---|
| DATED: June 29, 2017 | | Respectfully submitted, |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| | | */s/ Lexi P. Negin*<br>LEXI P. NEGIN<br>Assistant Federal Defender<br>Attorney for CHRISTIAN ESPINOZA PATINO |
| DATED: June 29, 2017 | | PHILLIP A. TALBERT<br>United States Attorney |
| | | */s/ Katherine T. Lydon*<br>KATHERINE T. LYDON<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

# ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, hereby adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and the defendants in a speedy trial.

Time from June 27, 2017, the date of the parties stipulation, up to and including September 7, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for defense counsel to prepare] and General Order 479, (Local Code T4) [defense counsel's preparation]. It is further ordered the July 13, 2017 status conference shall be continued until September 7, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: July 12, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE