| | |
|---|---|
| HEATHER E. WILLIAMS, #122664<br>Federal Defender<br>LEXI P. NEGIN, #250376<br>Assistant Federal Defender<br>801 I Street, 3rd Floor<br>Sacramento, CA 95814<br>Tel: 916-498-5700/Fax 916-498-5710<br>Lexi_Negin@fd.org<br><br>Attorney for Defendant<br>CHRISTIAN PATINO | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTIAN PATINO,<br><br>    Defendant. | Case No. 2:17-cr-074 MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: September 7, 2017<br>TIME 10:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr |

    IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney through Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Lexi P. Negin, attorneys for Christian Patino, that the status conference scheduled for September 7, 2017 be vacated and be continued to October 26, 2017 at 10:00 a.m.

    Defense counsel requires additional time to review discovery with the defendant and pursue investigation, as well as continue negotiations toward a non-trial disposition.

    Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including October 26, 2017, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

///

Stipulation and Order
to Continue Status Conference

-1-

| | | |
|---|---|---|
| 1 | DATED: September 6, 2017 | Respectfully submitted, |
| 2 | | |
| 3 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 4 | | */s/ Lexi P. Negin* |
| 5 | | LEXI P. NEGIN<br>Assistant Federal Defender |
| 6 | | Attorney for MICHAEL RICHARD MAXWELL |
| 7 | DATED: September 6, 2017 | PHILLIP A. TALBERT<br>United States Attorney |
| 8 | | |
| 9 | | */s/ Katherine T. Lydon*<br>KATHERINE T. LYDON |
| 10 | | Assistant United States Attorney<br>Attorney for Plaintiff |

ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including October 26, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the September 7, 2017 status conference shall be continued until October 26, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: September 7, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE