| | |
|---|---|
| HEATHER E. WILLIAMS, #122664<br>Federal Defender<br>LEXI P. NEGIN, #250376<br>Assistant Federal Defender<br>801 I Street, 3rd Floor<br>Sacramento, CA 95814<br>Tel: 916-498-5700/Fax 916-498-5710<br>Lexi_Negin@fd.org | |

Attorney for Defendant
CHRISTIAN PATINO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN PATINO,<br><br>Defendant. | Case No. 2:17-cr-074 MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: October 26, 2017<br>TIME 10:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney through Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Lexi P. Negin, attorneys for Christian Patino, that the status conference scheduled for October 26, 2017 be vacated and be continued to January 18, 2018 at 10:00 a.m.

Defense counsel requires additional time to review discovery with the defendant and pursue investigation, as well as continue negotiations toward a non-trial disposition.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including January 18, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

///

Stipulation and Order
to Continue Status Conference
-1-

| | | |
|---|---|---|
| 1 | DATED: October 18, 2017 | Respectfully submitted, |
| 2 | | |
| 3 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 4 | | */s/ Lexi P. Negin* |
| 5 | | LEXI P. NEGIN<br>Assistant Federal Defender |
| 6 | | Attorney for MICHAEL RICHARD MAXWELL |
| 7 | DATED: October 18, 2017 | PHILLIP A. TALBERT<br>United States Attorney |
| 8 | | |
| 9 | | */s/ Katherine T. Lydon*<br>KATHERINE T. LYDON |
| 10 | | Assistant United States Attorney<br>Attorney for Plaintiff |

ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including January 18, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the October 26, 2017 status conference shall be continued until January 18, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: October 18, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE