HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI P. NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Lexi_Negin@fd.org

Attorney for Defendant
CHRISTIAN PATINO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-074 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| CHRISTIAN PATINO, | DATE: May 17, 2018<br>TIME 10:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney through Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Lexi P. Negin, attorneys for Christian Patino, that the status conference scheduled for May 17, 2018 be vacated and be continued to June 28, 2018 at 10:00 a.m.

Defense counsel requires additional time to review discovery with the defendant and pursue investigation, as well as continue negotiations toward a non-trial disposition.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including June 28, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

///

Stipulation and Order
to Continue Status Conference

-1-

DATED: May 10, 2018          Respectfully submitted,

                             HEATHER E. WILLIAMS
                             Federal Defender

                             */s/ Lexi P. Negin*
                             LEXI P. NEGIN
                             Assistant Federal Defender
                             Attorney for CHRISTIAN PATINO

DATED: May 10, 2018          MCGREGOR W. SCOTT
                             United States Attorney

                             */s/ Katherine T. Lydon*
                             KATHERINE T. LYDON
                             Assistant United States Attorney
                             Attorney for Plaintiff

# ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including June 28, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the May 17, 2018 status conference shall be continued until June 28, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: May 15, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE