| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | ALEXANDRA P. NEGIN #250376 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| 5 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-074 MCE |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR TEMPORARY RELEASE |
| v. | Judge: Hon. Allison Claire |
| CHRISTIAN ESPINOZA-PATINO, | |
| Defendant. | |

Mr. Christian Espinoza-Patino respectfully requests that the Court issue an order granting his temporary release on Tuesday, June 5, 2018 from 7:30 a.m. to 4:00 p.m. to allow him to attend his adoption proceedings at 8:30 a.m. located at the Sacramento County Superior Court, William R. Ridgeway Department 125. Assistant United States Attorney, Katherine Lydon does not oppose this request.

The defense proffers the following as the reason for the request: Mr. Espinoza-Patino was taken at three years old from an orphanage in Mexico by an American family, the Oxleys, who intended to adopt him and his three biological siblings. Unfortunately, the Oxleys, while telling Mr. Espinoza-Patino that he was adopted when he was young, did not actually adopt him. Mrs. Oxley has passed away, but Mr. Oxley is 84 years old and has always regretted not adopting Christian who he loves and views as his son. Mr. Oxley feels responsible for raising Mr. Espinoza-Patino in the United States but not obtaining legal status for him when he was a child. While adult adoption is not necessarily a path to citizenship for Mr. Espinoza-Patino, this adoption will allow the Oxley family and Mr. Espinoza-Patino to heal wounds that have long been open.

1  The defendant requests, and the government agrees to the following arrangements: that Mr. Espinoza-Patino will be transported to the United States Marshal's Office on the 5th Floor of the United States Courthouse the morning of June 5, 2018; that Mr. Espinoza-Patino will be temporarily released from the Marshal's Office to the custody of Investigator Charles Gillespie from the Office of the Federal Defender on June 5, 2018, from 7:30 a.m. to 4:00 p.m.; and, that the investigator will limit Mr. Espinoza-Patino's activity solely to traveling to the court proceedings and then returning to the Marshal's Office by 4:00 p.m.

The adoption proceedings will occur at the William R. Ridgeway Family Relations Courthouse, 3341 Power Inn Road, Sacramento, CA 95826, on June 5, 2018, at 8:30 a.m. Counsel understands that other matters will be schedule for 8:30 a.m. so that Mr. Espinoza-Patino's matter may be called later in the day. Investigator Gillespie will escort Mr. Espinoza-Patino to the courthouse and return him to the Marshal's Office. Mr. Espinoza-Patino will remain in the custody of the Federal Defender investigator during the entire time of his temporary release. The investigator will provide the United States Marshal's Office with street clothes the day of his temporary release.

Counsel for Mr. Espinoza-Patino has conferred with the United States Marshal's Office, and has confirmed the Marshals will accommodate this plan so long as the Court approves of it.

DATED: May 18, 2018                    Respectfully submitted,

                                       HEATHER E. WILLIAMS
                                       Federal Defender

                                       /s/ *Lexi Negin*
                                       LEXI P. NEGIN
                                       Assistant Federal Defender
                                       Attorneys for Defendant

DATED: May 18, 2018                    MCGREGOR W. SCOTT
                                       United States Attorney

                                       /s/ *Katherine T. Lydon*
                                       KATHERINE T. LYDON
                                       Assistant United States. Attorney
                                       Attorney for Plaintiff

# **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation of the parties in its entirety as its order.

The Court hereby orders Mr. Espinoza-Patino's temporary release from the United States Marshal to the custody of Investigator Charles Gillespie from the Office of the Federal Defender on June 5, 2018, from 7:30 a.m. to 4:00 p.m.

Mr. Espinoza-Patino's activity will be limited to traveling to the court proceedings described above, attending the proceedings, and then returning to the Marshal's Office by 4:00 p.m. Mr. Espinoza-Patino will remain in the custody of the Federal Defender investigator during the entire time of his temporary release.

Dated: May 23, 2018

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE