| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LEXI P. NEGIN, #250376 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| | Lexi_Negin@fd.org |
| 5 | |
| 6 | Attorney for Defendant |
| | CHRISTIAN PATINO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-074 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| CHRISTIAN PATINO, | DATE: September 6, 2018 |
| | TIME 10:00 a.m. |
| Defendant. | JUDGE: Hon. Morrison C. England, Jr |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney through Shea Kenny, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Lexi P. Negin, attorneys for Christian Patino, that the status conference scheduled for September 6, 2018 be vacated and be continued to September 27, 2018 at 10:00 a.m.

The reasons for the continuance are to allow defense counsel to continue reviewing discovery with the defendant and pursue investigation, as well as continue negotiations toward a non-trial disposition.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including September 27, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and Order -1-
to Continue Status Conference

1    DATED: August 30, 2018                    Respectfully submitted,

2
                                               HEATHER E. WILLIAMS
3                                              Federal Defender

4                                              */s/ Lexi P. Negin*
                                               LEXI P. NEGIN
5                                              Assistant Federal Defender
                                               Attorney for CHRISTIAN PATINO
6
     DATED: August 30, 2018                    MCGREGOR W. SCOTT
7                                              United States Attorney

8
                                               */s/ Shea Kenny*
9                                              SHEA KENNY
                                               Assistant United States Attorney
10                                             Attorney for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including September 27, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the September 6, 2018 status conference shall be continued until September 27, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: September 1, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation and Order
to Continue Status Conference

-3-