UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN ESPINOZA PATINO,<br><br>Defendant. | No. 2:17-cr-00074-MCE<br><br>FINAL PRETRIAL ORDER<br><br>TRIAL DATE: November 6, 2018<br>TIME: 9:00 a.m. |

A Trial Confirmation Hearing was held on September 27, 2018. Shea Kenny appeared as counsel for the United States. Alexandra Negin and Hannah Labaree appeared as counsel for the Defendant. After hearing, the Court makes the following findings and orders:

I.  DATE AND LENGTH OF TRIAL

The **November 6, 2018**, jury trial is confirmed at 9:00 a.m. in courtroom 7. The estimated length of trial is four (4) days. The Court will permit each side up to one (1) hour for closing arguments unless otherwise specifically ordered by the Court. The United States will be permitted to reserve time for rebuttal purposes, but will be required to monitor any time so reserved.

///

///

This Court is in session for jury selection, opening statements, presentation of evidence, closing arguments, and instruction of the jury Monday through Wednesday, only. Jury deliberations only are Monday through Friday if necessary. During trial days, the Court adheres to the following schedule: presentation of evidence 9:00-4:30 p.m. with a twenty (20) minute morning and afternoon recess (10:30 a.m. and 3:00 p.m.) and an hour and a half lunch recess (12:00-1:30 p.m.).

II. MOTIONS IN LIMINE

Any motions in limine shall be filed in one document by **October 16, 2018**. Any opposition(s) to those motions in limine shall be filed in one document by **October 23, 2018**. Any reply(ies) shall be filed in one document by **October 29, 2018**. Hearing on motions in limine is scheduled for **November 1, 2018**, at 10:00 a.m. in courtroom 7.

III. AGREED STATEMENTS - JOINT STATEMENT OF CASE

It is mandatory the parties file a short, jointly-prepared statement concerning the nature of this case that will be read to the jury at the commencement of trial. **There will be no exceptions to this Order.** Failure to comply with this Order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this Order. The joint statement of the case shall include in plain concise language the claims of the United States of America and claims of other parties, if any. The purpose of the joint statement of the case is to inform the jury at the outset, what the case is about. The statement must be filed with the Court by **October 23, 2018**.

IV. TRIAL BRIEFS

The parties shall file trial briefs not later than **October 23, 2018**.

V. WITNESSES

The parties are ordered to file their witness lists on or before **October 23, 2018**. Each party may call a witness designated by the other. The parties must expressly reserve the right to call additional witnesses at trial.

VI. **EXHIBITS - SCHEDULES AND SUMMARIES**

The parties are ordered to file their exhibit lists on or before **October 23, 2018**. The parties must expressly reserve the right to offer additional exhibits at trial.

The United States' exhibits shall be listed numerically. Defendant's exhibits shall be listed alphabetically. After A-Z is exhausted, defense counsel is to use A2 through Z2, then begin with A3 through Z3, and so on. Each page in all multi-page exhibits shall be marked for identification and all photographs must be marked individually. All exhibits must be premarked.

The parties are directed to the Court's website for information and use of the approved digital exhibit stamp. (www.caed.uscourts.gov – select "Judges" – select "Judge England" – select "Digital Exhibit Stamp" located within the Case Management Procedures section).

Each party may use an exhibit designated by the other. In the event the United States and the Defendant offer the same exhibit during trial, that exhibit shall be referred to by the designation the exhibit is first identified. The Court cautions the parties to pay attention to this detail so that all concerned, including the jury, will not be confused by one exhibit being identified by both the United States and the Defendant.

Exhibit lists must be in Microsoft Word, filed in the table format shown below, and emailed to mceorders@caed.uscourts.gov by **October 23, 2018**.

| EXHIBIT IDENTIFICATION | EXHIBIT DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

The parties are ordered to provide an electronic version of exhibits and their exhibit lists to the Courtroom Deputy on a jump drive (also known as, among other things, a flash drive, USB drive, etc.) by **October 23, 2018**.

Unless otherwise ordered by the Court, the parties shall retain custody of any physical exhibits incapable of being submitted electronically and shall remain responsible for the custody of those exhibits throughout the duration of the trial.

The Court shall be presented with one copy of the exhibit(s) in a 3-ring binder(s) with a side tab identifying each exhibit by number or letter by **October 23, 2018**. Each binder shall be no larger than three inches in width and have an identification label on the front and side panel.

VII. <u>PROPOSED VOIR DIRE, JURY INSTRUCTIONS, AND VERDICT FORM</u>

    A. <u>Voir Dire</u>

The parties shall submit proposed voir dire questions to the Court. The Court reserves the right to conduct all examination of prospective jurors. Notwithstanding this reservation, the Court will permit each side up to ten (10) minutes to conduct follow up voir dire, if desired. The voir dire questions shall be filed with the Court by **October 23, 2018**.

    B. <u>Jury Instructions</u>

The parties shall primarily use the Ninth Circuit Model Jury Instructions and any revisions. However, instructions or authority may be submitted to the Court for approval.

Attached for review are the Court's standard opening and closing instructions for your use, taken from the Ninth Circuit's Model Jury Instructions. If counsel has no objections to the Court's use of these opening and closing instructions, counsel need not submit their own opening and closing instructions.

The proposed instructions must be filed by **October 23, 2018**, and shall be identified as "Jury Instructions Without Objection" and/or "Jury Instructions With Objection," respectively.

All proposed instructions shall be, to the extent possible, concise, understandable, and free from argument. <u>See</u> Local Rule 163(c).

///

///

Parties shall also note that any modifications of instructions from statutory authority, case law or from any form of pattern instructions must specifically state the modification by underlining additions and bracketing deletions.

    C.  Verdict Form(s)

The parties are ordered to file their proposed verdict forms on or before **October 23, 2018**.

    D.  Submission of Documents to the Court

At the time of filing their respective proposed voir dire, proposed jury instructions, and proposed verdict form(s), counsel shall also electronically mail to the Court in digital format and compatible with Microsoft Word, the proposed jury instructions and verdict form(s). These documents shall be emailed to: mceorders@caed.uscourts.gov.

VIII.   CHOICE NOT TO FILE DOCUMENTS

Should either party choose not to file a trial brief, witness list, exhibit list, proposed voir dire, proposed jury instructions, or proposed verdict forms, that party must notify the Court in writing by **October 23, 2018**, that it will not be filing such documents.

IX.   AUDIO AND VISUAL EQUIPMENT

The parties are required to electronically file a joint request for training on the Court's audio-visual equipment not later than **October 23, 2018**. There will be one date and time for such orientation with all parties to be present.

X.   PERSONS WITH COMMUNICATION DISABILITIES

To the extent the services of a foreign language interpreter, sign language interpreter or other appropriate auxiliary aids and services are required during the course of this trial, counsel is to notify the Court, in writing, not later than **October 23, 2018**, in addition to contacting the Access Coordinator/Staff Interpreter, Yolanda Riley-Portal, at (916) 930-4221 or yriley-portal@caed.uscourts.gov. The foreign language interpreter must be a court certified interpreter in good standing and have an oath on file with this Court prior to the commencement of trial.

///

XI. <u>OBJECTIONS TO FINAL PRETRIAL ORDER</u>

Each party is granted five (5) court days from the date of this Final Pretrial Order to object to any part of this Order or to request augmentation to it. The Final Pretrial Order will be modified only upon a showing of manifest injustice. If no objection or modifications are made, this Order will become final without further order of the Court and shall control the subsequent course of the action.

Dated: September 28, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE