MᴄGREGOR W. SCOTT
United States Attorney
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>           v.<br><br>CHRISTIAN ESPINOZA PATINO,<br><br>                  Defendant. | CASE NO. 2:17-CR-00074 MCE<br><br>STIPULATION TO CONTINUE DEADLINE FOR FILING MOTIONS IN LIMINE AND ORDER<br><br>TRIAL DATE: November 6, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, the deadline to file motions in limine in this matter was October 16, 2018. Oppositions to those motions in limine were required to be filed by October 23, 2018. Replies were ordered to be filed by October 29, 2018.

2.      By this stipulation, the parties now move to continue the deadline to file motions in limine to October 23, 2018 and to continue the deadline to file oppositions to those motions in limine to October 26, 2018.

3.      The parties request that the deadline for filing replies to those motions in limine remain October 29, 2018, and that the hearing on motions in limine remain scheduled for November 1, 2018, at 10:00 a.m., as previously ordered.

IT IS SO STIPULATED.

Dated:  October 11, 2018                          McGREGOR W. SCOTT
                                                  United States Attorney


                                                  /s/ SHEA J. KENNY
                                                  SHEA J. KENNY
                                                  Assistant United States Attorney


Dated:  October 11, 2018                          /s/ LEXI NEGIN
                                                  LEXI NEGIN
                                                  Counsel for Defendant
                                                  CHRISTIAN ESPINOZA
                                                  PATINO


## ORDER

It is hereby ordered that the deadline to file any motions in limine is continued to October 23, 2018.  The deadline to file any opposition(s) to those motions in limine is continued to October 26, 2018.  As previously ordered, any reply(ies) shall be filed in one document by October 29, 2018. Hearing on motions in limine is scheduled for November 1, 2018, at 10:00 a.m. in courtroom 7.

IT IS SO ORDERED.

Dated:  October 15, 2018


                                                  MORRISON C. ENGLAND, JR.
                                                  UNITED STATES DISTRICT JUDGE