McGREGOR W. SCOTT
United States Attorney
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00074 MCE |
|---|---|
| Plaintiff, | **MOTION TO DISMISS INDICTMENT AND ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE** |
| v. | |
| CHRISTIAN ESPINOZA PATINO, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America, by and through its undersigned attorney, hereby files this motion and proposed order to dismiss the Indictment against defendant Christian Espinoza Patino in the above-captioned matter without prejudice.

Espinoza Patino was indicted May 18, 2017 for being a previously deported alien found in the United States in violation of 8 U.S.C. § 1326. On June 6, 2018, a Judge of the Sacramento County Superior Court in and for the State of California issued a *nunc pro tunc* Order of Adoption by which Espinoza Patino was adopted by Douglas Eugene Oxley, a United States citizen who raised Espinoza Patino within the United States since Espinoza Patino was approximately three years old. *See* Order of Adoption, *In the Matter of the Adoption of Christian Espinoza-Patino*, Case No. 18AD00084 (Sacramento Cnty. Super. Ct. June 6, 2018). The Order of Adoption was entered *nunc pro tunc* as of March 5, 1988. *See id.*

The government is advised by defense counsel that Espinoza Patino intends to seek to reopen his

immigration proceedings to determine his legal status and seek a declaration of U.S. citizenship. The United States Attorney's Office has no involvement in any immigration proceeding Espinoza Patino may initiate and takes no position on any issues that may arise in such a proceeding.[1]

Given these changed circumstances, the United States hereby moves to dismiss the Indictment without prejudice.

Dated:  October 22, 2018                                    McGREGOR W. SCOTT
                                                            United States Attorney


                                                      By:   /s/ SHEA J. KENNY
                                                            SHEA J. KENNY
                                                            Assistant United States Attorney

---

[1] The parties have entered into a tolling agreement, attached hereto as Exhibit A, recognizing the government's right to re-indict Espinoza Patino for being a deported alien found in the United States in violation of 8 U.S.C. § 1326. In the tolling agreement, the defendant waives any right he may have to object to such a re-indictment on the basis of the applicable statute of limitations, the Sixth Amendment, or the Speedy Trial Act. *See* Exhibit A.

**ORDER**

For the reasons set forth in the United States' Motion to Dismiss Indictment, the United States' motion is GRANTED. The pending Indictment against Christian Espinoza Patino in case number 2:17-CR-00074 MCE is DISMISSED without prejudice. The jury trial set for November 6, 2018 and the pre-trial briefing schedule are vacated. The defendant shall be released to the custody of Immigrations and Customs Enforcement pursuant to the lodged detainer.

IT IS SO ORDERED.

Dated: October 23, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE